Rolle Jakhanio #02519-104
CCA/Eden Detention Center
P.O. Box 605
Eden, TX 76837-0605

615-CV-068-C



Judge Sam R. Cummings
United States District Court
33 E. Twohig Avenue
Suite #202
San Angelo, TX 76903-6451

Ref: Emergency Medical Complaint

Sir, The medical professionals "staff" at Corrections Corporation of America (CCA) located at Eden Texas has knowingly and intentionally treated me with a Deliberate Indifference against medical mal-practice and medical advice because I am a deportable alien awaiting deportation at this facility.

I have hernia, the pain that I get from this hernia is very excruciating and intolerable, and sometimes I find it difficult to do anything.

The medical professionals here insist that there is nothing they can do for me, moreover, that hernia is not considered a medical emergency or life threatening situation.

I can die if this hernia is ruptured or if anything goes wrong with it because I've had this hernia for about 7 months, this is why I am writing this complaint to you for help and assistance because an administrative remedy is not an option at this time due to the urgent nature of the medical care I need now, see enclosed exhibit about hernia.

Thank you for your assistance in this matter.

Respectfully Submitted:

Jakhanio Rolle 10-13-2015
Rolle Jakhanio #02519-104

## WHAT IS A HERNIA?

The term hernia refers to a protrusion of an organ or tissue through an abnormal opening in the body. Most hernias are the result of part of the intestine slipping through a weakness in the abdominal wall. Hernias develop most commonly around weak areas such as the navel or groin (inguinal hernias) or around previous incisions. Inguinal hernias are most common in men.

A hernia can be both seen and felt as a lump in the abdomen or groin. A reducible hernia usually disappears when you lie down and can be pushed back into the abdominal cavity. Discomfort is usually experienced, especially when coughing, lifting heavy objects or standing for a long time. A large increase in pain may indicate that the hernia is worsening and a physician should be consulted immediately.

Limiting activity, eliminating excess weight, and wearing a hernia brief, belt or truss may provide temporary relief. However, the ONLY CURE IS SURGERY. For more information consult your physician or visit internet reference sites such as www.herniainfo.com.

## IMPORTANT WEARING INFORMATION:

CAUTION: Use this product only under the supervision of your physician and only for REDUCIBLE inguinal hernias (can be pushed back). A hernia should be inspected daily to insure it is not becoming infected or developing into a more serious non-reducible hernia. Your hernia support should be removed and the area checked frequently.

A non-reducible hernia can become life threatening if part of the intestine gets trapped or "strangulated" in the opening. This can lead to dangerous complications such as obstruction of the flow of intestinal contents or blood leading to tissue death and gangrene. The symptoms of intestinal obstruction are nausea, vomiting, loss of appetite, or increased abdominal pain.

A strangulated hernia is an emergency situation that usually requires immediate surgery.

Always consult a physician when experiencing persistence pain, discomfort, inflammation or swelling. This consumer information is not intended for self-diagnosis or treatment. Inform your physician of any unusual or consistent pain and discomfort.

**INDICATIONS:**
- Reducible inguinal hernias
- Single or double hernias
- Support weakened abdominal muscles

**SIZING:**

Measure around waist to determine size

**HERNIA BELT** (Fits Waist)

| Size | Inches | cm |
|---|---|---|
| Small | 30 - 35" | 76 - 89 |
| Medium | 35 - 41" | 89 - 104 |
| Large | 41 - 46" | 104 - 117 |

LRev 6/10, l# 4.515

Rolle Jakhanio #02519-104
CCA/Eden Detention Center
P.O. Box 605
Eden, TX 76837-0605



Hon. Judge Sam R. Cummings
United States District Court
33 E. Twohig Avenue
Suite #202
San Angelo, TX 76903-6451